# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHALYNN S. JAMES,<br><br>Plaintiff,<br>v.<br><br>THE GOLDEN CHARTER ACADEMY,<br><br>Defendant. | Case No. 1:26-cv-09357-JLT-EGC<br><br>**ORDER FINDING SERVICE OF PLAINTIFF'S COMPLAINT APPROPRIATE AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS**<br><br>(Doc. 1)<br><br>THIRTY-DAY (30) DEADLINE |

Plaintiff Ashalynn S. James is proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to Title VII of the Civil Rights Act of 1964. (Doc. 1). The Court has screened Plaintiff's Complaint pursuant to 28 U.S.C. § 1915 and finds that it states a cognizable Title VII claim against the defendants. *See* Fed. R. Civ. P. 8(a); *Ashcroft v. Iqbal*, 556 U.S. 662 (2009); *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007); *U.S. E.E.O.C. v. Global Horizons, Inc.*, 860 F. Supp. 2d 1172, 1190 (D. Haw. 2012) (citing *Hawn v. Executive Jet Management, Inc.*, 615 F.3d 1151, 1156 (9th Cir.2010) (setting forth the elements of a Title VII discrimination claim); *Villiarimo v. Aloha Island Air, Inc.*, 281 F. 3d 1054, 1064, (9th Cir. 2002) (setting forth the elements of a Title VII retaliation claim); *see also McDonnell Douglas Corp. v. Green*, 411 U.S. 792, 802 (1973); *Peterson v. Hewlett–Packard Co.*, 358 F.3d 599, 603 (9th Cir.2004).

Accordingly, it is HEREBY ORDERED that:

1. Service is appropriate on the following defendant: The Golden Charter Academy.
2. The Clerk of Court shall send Plaintiff one USM-285 form, one summons, a Notice

of Submission of Documents form, an instruction sheet, and a copy of the Complaint, filed November 13, 2026, (Doc. 1).

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit it to the Court with the following documents:

a. A completed summons for each defendant listed above;

b. A completed USM-285 form for each defendant listed above; and

c. One copy of the endorsed Complaint, filed date, (Doc. 1).

4. Plaintiff need not attempt service on the defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. **The failure to comply with this order will result in a recommendation that this action be dismissed.**

IT IS SO ORDERED.

Dated: **November 16, 2026**

UNITED STATES MAGISTRATE JUDGE